702 A.2d 362

**Patricia and Barry NOLL, H/W, Petitioner,**

**v.**

**Paul L. KEAGY, Individual and T/D/B/A Paul L. Keagy & Son, and Paul L. Keagy's Produce and Boscov's Department Store and Fairgrounds Farmers Market, Respondent.**

Supreme Court of Pennsylvania.

Nov. 10, 1997.

John F. Hanahan, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 10th day of November, 1997, the Petition for Allowance of Appeal is **GRANTED.** The decision of the Superior Court is **REVERSED** and the case is **REMANDED** to the Court of Common Pleas of Philadelphia County for

further proceedings. *See Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).

Jurisdiction is relinquished.